IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02143-MSK-CBS

TRUSTEES OF THE COLORADO LABORERS'
HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS'
PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' A
PPRENTICE TRUST FUND, and
OPERATIVE PLASTERERS & CEMENT MASONS
INTERNATIONAL ASSOCIATION,
LOCAL UNION #577,

    Plaintiffs,

v.

SOUTHWEST CONCRETE PLACERS, INC.,
a Colorado corporation,
ADAM J. NITCHOFF,
an individual, and
CARRIE A. NITCHOFF,
an individual,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Amend Scheduling Order (filed April 18, 2006; *doc. no. 27*) is **GRANTED**. The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **November 10, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **December 8, 2006** |

| | |
|---|---|
| Interrogatories, Requests for Production and Requests for Admission To Be Served On or Before | **December 6, 2006** |
| Discovery Cut-Off | **January 5, 2007** |
| Dispositive Motion Deadline | **February 1, 2007** |
| Deadline for Joinder and Amendment of Pleadings | **Ten (10) Days after Answer filed.** |

**Parties are advised that the all hearings and deadlines set forth in District Judge Krieger's Order filed February 8, 2006 (*doc. no. 21*) remain unchanged.**

**DATED:**        April 25, 2006