IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02143-MSK-CBS

TRUSTEES OF THE COLORADO LABORERS'
HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS'
PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' A
PPRENTICE TRUST FUND, and
OPERATIVE PLASTERERS & CEMENT MASONS
INTERNATIONAL ASSOCIATION,
LOCAL UNION #577,

    Plaintiffs,

v.

SOUTHWEST CONCRETE PLACERS, INC.,
a Colorado corporation,
ADAM J. NITCHOFF,
an individual, and
CARRIE A. NITCHOFF,
an individual,

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Entry of Stipulated Protective Order (*doc. no. 34*) is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    May 22, 2006