IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02143-MSK-CBS

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' APPRENTICE TRUST FUND, and
OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSOCIATION,
LOCAL UNION #577,

        Plaintiffs,

v.

SOUTHWEST CONCRETE PLACERS, INC., a Colorado corporation,
ADAM J. NITCHOFF, an individual, and
CARRIE A. NITCHOFF, an individual,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY

THIS MATTER comes before the Court on the Unopposed Motion for Withdrawal of Attorney **(#53).** The Court being fully apprised in the foregoing,

**ORDERS** that the Unopposed Motion for Withdrawal of Attorney **(#53)** is **GRANTED** and Chantell L. Taylor shall be withdrawn as counsel for Defendants.

Dated this 7th day of September, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge