# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  05-cv-02143-MSK-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 1, 2006** | **Courtroom Deputy:**  Ben Van Dyke |

TRUSTEES OF THE COLORADO LABORERS'  
HEALTH AND WELFARE TRUST FUND, et al.,

Dean C. Heizer, II  
Miranda K. Hawkins

**Plaintiffs,**

v.

SOUTHWEST CONCRETE PLACERS, INC.,  
a Colorado corporation, et al.,

Mary L. Will  
Jeffrey J. Cowman  
Romney S. Philpott, III

**Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      2:33 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Plaintiffs' Motion to Modify Scheduling Order dated October 30, 2006 (doc. 59) is withdrawn and therefore denied as moot.

**ORDERED:** Plaintiffs' Motion for Extension of Time to Respond to Discovery Requests dated November 13, 2006 (doc. 65) is denied as moot for the reasons stated on the record.

**ORDERED:** The discovery cutoff is reset to March 12, 2007, and the dispositive motions deadline reset to March 30, 2007.

**ORDERED:** Plaintiff shall respond to defendants' discovery requests on or before December 11, 2006.

HEARING CONCLUDED.

**Court in Recess**:     **2:52 p.m.**
Total   In-Court Time:     00:19