IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02143-MSK-CBS

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' APPRENTICE TRUST FUND, and
OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSOCIATION,
LOCAL UNION #577,

      Plaintiffs,

v.

SOUTHWEST CONCRETE PLACERS, INC., a Colorado corporation,
ADAM J. NITCHOFF, an individual, and
CARRIE A. NITCHOFF, an individual,

      Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Stipulated Motion for Dismissal With Prejudice **(#78).**[1] The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#78) is GRANTED.** This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

---

[1] The Motion refers to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued. However because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).

Dated this 29th day of January, 2007

                    **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge